AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
Northern District of New York

**UNITED STATES OF AMERICA**
**v.**
**NEIL WESLEY,**
**Defendant.**

Case No. 3:25-MJ-103 (MJK)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of December 1, 2024 in the county of Broome in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252A(a)(2)(A) | Receipt of Child Pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☒ Continued on the attached sheet.

*Complainant's signature*

Jenelle Corrine Janowicz, Special Agent

*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: April 7, 2025

Digitally signed by Mitchell J Katz
Date: 2025.04.07 15:46:26 -04'00'

*Judge's signature*

City and State: Syracuse, New York

Hon. Mitchell J. Katz, U.S. Magistrate Judge

*Printed name and title*

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Jenelle Corrine Janowicz, having been first duly sworn, do hereby depose and state as follows:

**INTRODUCTION**

1. I have been employed as a Special Agent of the FBI since June 2012 and am currently assigned to the Albany Division, Binghamton Resident Agency. I am specifically assigned to the Mid-State Child Exploitation Task Force (MSCETF), which targets individuals involved in the on-line sexual exploitation of children. As part of my duties, I investigate crimes involving the sexual exploitation of minors, including sex trafficking of minors and various criminal offenses related to the production, distribution, receipt, and possession of child pornography. I received training on the proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application and execution of arrest and search warrants. I have conducted and assisted in several child exploitation investigations and have executed search warrants that have led to seizures of child pornography and undercover operations to identify and locate individuals who seek to engage in sexual activity with minors.

2. I am an investigative or law enforcement officer of the United States within the meaning of Title 18 United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516(1). As an FBI Special Agent, I am authorized to seek and execute federal arrest warrants for Title 18 criminal offenses, including offenses related to the sexual exploitation of minors.

3. I make this affidavit in support of a criminal complaint charging NEIL WESLEY with receiving child pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A).

4. The statements contained in this affidavit are based upon my investigation, information provided by other law enforcement officers, and on my experience and training as a Special Agent of the FBI. As this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that WESLEY has violated 18 U.S.C. § 2252A(a)(2)(A).

**PROBABLE CAUSE**

5. On August 21, 2024, the New York State Police (NYSP) in Binghamton, NY received a Cybertip 197959469 from the National Center for Missing and Exploited Children (the "CyberTip"). In the CyberTip, Google reported that one image identified as child sexual abuse material ("CSAM") was uploaded to Google's infrastructure on August 17, 2024. That upload was associated to a specific username and "verified" Gmail address. The relevant Google account also was associated with a "verified" phone number as of June 23, 2024, and an unverified additional Gmail address and date of birth of the account user. The uploaded image, which in my training and experience meets the federal definition of child pornography, depicts a female child who appeared to be less than 8 years of age exposing her vagina and anus to the camera. This file is available for the Court's review upon request.

6. The CyberTip also included an IP address used to upload the image. Records provided by Charter Communications reflect that that IP address was subscribed to by WESLEY on the date and time of the upload. Additionally, Charter Communications subscriber information had same the phone number and one of the same email accounts identified in the CyberTip.

7. WESLEY gave that phone number to law enforcement when he was arrested on DUI charges in 2013, and WESLEY's date of birth matches the date of birth in Google's records for the user of the account associated with the upload.

8. On February 28, 2025, the NYSP executed a search warrant, obtained in Broome County Court, Binghamton, NY, for WESLEY'S residence.

9. NYSP investigators provided WESLEY with *Miranda* warnings and interviewed him on the date of the search. WESLEY waived his rights and agreed to speak with law enforcement. During his recorded interview, WESLEY admitted to possessing images depicting children under the age of 16 engaged in sexual acts on his cellphone. He also admitted to distributing images depicting CSAM to other users on a messaging application, to receiving CSAM in return, and to masturbating and ejaculating on a child's underwear, creating visual depictions of the underwear with his ejaculate on it, and captioning that material with a reference to pedophilia. NYSP previewed WESLEY'S cellular telephone and identified files consistent with the federal definition of child pornography.

10. On March 28, 2025, your Affiant reviewed images, videos, and chat communications located by the NYSP (pursuant to their search warrant) on one of WESLEY'S devices. One of the chat communications was a social media conversation between WESLEY and another user. During that chat, on December 1, 2024, the other person sent WESLEY a 26-second video depicting an approximately 6-year-old boy wearing a red shirt laying on his stomach being anally penetrated by an adult male penis. In my training and experience, this video is child pornography under federal law. WESLEY responded to the video stating, "Mmmm daddy I luv when you send me yng vids like this[.]" This video is available for the court's review upon request.

11. In 2001, WESLEY was convicted in New York State of Rape in Third Degree.

## CONCLUSION

12. Based upon the above information, there is probable cause to establish that NEIL WESLEY has violated 18 U.S.C. § 2252A(a)(2)(A).

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

Jenelle Corrine Janowicz
Special Agent
Federal Bureau of Investigation

I, the Honorable Mitchell J. Katz, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by Teams on April 7th, 2025, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Mitchell J. Katz
United States Magistrate Judge